(September 20, 1995)

■ PEOPLE v JOSE COLON. [632 NYS2d 959] —Upon the Court's own motion, the unpublished decision and order of this Court entered on September 19, 1995 (Appeal No. 55494) is recalled and vacated. Concur—Sullivan, J. P., Rubin, Kupferman, Asch and Nardelli, JJ.